In the Matter of GLACIAL AGGREGATES LLC, Respondent, v MARVIN D. ZIELONKA, as Code Enforcement Officer of the Town of Yorkshire, Appellant. (Appeal No. 3.) [823 NYS2d 734]— Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered August 31, 2005 in a proceeding pursuant to CPLR article 78. The order granted petitioner's motion to dismiss the counterclaim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court. Present— Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.

In the Matter of DANIEL L.S., Respondent-Appellant, v ANNE-MARIE S., Petitioner-Respondent. [823 NYS2d 750]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered July 18, 2005 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner supervised visitation with the children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KERMIT BURNS, Appellant, v CHRIS MELLAS, as Superintendent of Watertown Correctional Facility, et al., Respondents. [823 NYS2d 750]—Appeal from an amended judgment of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered August 30, 2005 in a proceeding pursuant to CPLR article 70. The amended judgment dismissed the petition.

It is hereby ordered that the amended judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.